AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Central District of California

| | |
|---|---|
| AMERICAN AUTOMOBILE ASSOCIATION, INC., a Connecticut corporation | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| BOULEVARD TOWING, an entity of unknown form; CHRISTIAN FONSECA, an individual; and DOES 1 through 10, Inclusive | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Boulevard Towing          Christian Fonseca
                                       2925 1/2 Brighton Street   2925 1/2 Brighton Street
                                       Los Angeles, CA 90018      Los Angeles, CA 90018

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Michael Adams/Rutan & Tucker LLP
                                       611 Anton Boulevard, Suite 1400
                                       Costa Mesa, CA 92626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                *Signature of Clerk or Deputy Clerk*